IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| JAY G. KELLY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 2:22-CV-070-Z-BR |
| | § | |
| GRAY COUNTY JAIL, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION**
**AND**
**DISMISSING CIVIL RIGHTS CLAIM**

Before the Court are the Findings, Conclusions, and Recommendation ("FCR") of the United States Magistrate Judge to dismiss for want of prosecution the civil-rights claim filed by the Plaintiff in this case. *See* ECF No. 7. No objections to the FCR have been filed. After making an independent review of the pleadings, files, and records in this case, the Court concludes the FCR is correct. The Court therefore **ADOPTS** the FCR and **DISMISSES** this action **WITHOUT PREJUDICE**.

**SO ORDERED**.

December 22, 2022

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE